```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-0434 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER RE: CONTINUANCE |
| OSCAR ARELLANO INIEGO, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant OSCAR ARELLANO INIEGO, by and through his attorney, PETER JONES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to vacate the October 15, 2012, sentencing hearing, set in this matter, and

////
////
////
////
////

1

reset the matter for October 22, 2012, at 8:30 a.m. to accommodate the work schedule of AUSA Escobar, who must appear for oral argument in the Ninth Circuit on October 15 in the matter of US v. Eustorgio Flores, C.A. NO. 10-10398.

DATED: October 2, 2012                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

                                          /s/ Peter Jones
                                          PETER JONES
                                          Attorney for Defendant
                                          OSCAR ARELLANO INIEGO

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of October 15, 2012, is hereby vacated in this matter and is reset for October 22, 2012, at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   October 2, 2012**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE