BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. Cr 1:11-cr-00434 LJO-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SERGIO HECTOR AGUILAR, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, February 4, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the hearing date to February 25, 2013, at 8:30 a.m. and to exclude time between February 4 and February 25, 2013 for further plea negotiations and due to the unavailability of counsel for the government.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant desires additional time to discuss and effectuate the most favorable resolution possible and counsel for the government is unavailable on February 4 due to out

1

of town training.

      b.      Counsel for the parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny "the Government continuity of counsel."

      c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 1, 2012, to February 4, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      January 30, 2013.      Respectfully submitted,

                                                          BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ Karen A. Escobar_____
                                                        KAREN A. ESCOBAR
                                                       Assistant United States Attorney

DATED:      January 30, 2013.

                                                        /s/ Gary Huss_____
                                                       GARY HUSS
                                                      Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:   **January 31, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE